IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NICOLE SAPP,                                  )
                                              )
            Plaintiff,                        )
                                              )
    v.                                        )        CV 122-126
                                              )
DEXTER L. BRUNDRIDGE; SUPERIOR                )
COURT OF RICHMOND COUNTY;                     )
DOMINION MANAGEMENT SERVICES;                 )
CAROLYN DAVIS; JUDGE                          )
AMANDA N. HEATH; and RICHMOND                 )
COUNTY SHERRIFF,                              )
                                              )
            Defendants,                       )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed, (doc. no. 16). The

Magistrate Judge recommended dismissal of this case for failure to state a claim and for failure

to timely file a second amended complaint. Plaintiff contends her second amended complaint

was timely filed as it was filed within fourteen business days. (Doc. no. 16, p. 1.) However,

the Court ordered her to submit the second amended complaint simply within fourteen days,

and Federal Rule of Civil Procedure 6(a)(1) explains when a period is stated in days, every

day, including weekends and legal holidays, are counted.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___3rd___ day of January, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA